# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance - Pro Se

Chris Havlmark
v.
City of Wichita, et al.,

Case No. 22-3243
(Case No. 6:21-cv-01182-EFM-TJJ)
(D. Kan.)

**INSTRUCTIONS:** A PARTY DESIRING TO APPEAR WITHOUT COUNSEL SHALL NOTIFY THE CLERK BY COMPLETING AND SIGNING THIS FORM. THE FEDERAL RULES OF APPELLATE PROCEDURE AND TENTH CIRCUIT RULES REQUIRE THAT ALL PAPERS SUBMITTED TO THE COURT FOR FILING BE SIGNED BY THE FILING PARTY AND THAT COPIES BE SERVED ON OPPOSING PARTIES OR THEIR COUNSEL, IF REPRESENTED BY COUNSEL. THE ORIGINAL OF EVERY PAPER SUBMITTED FOR FILING MUST CONTAIN PROOF OF SERVICE IN A FORM SIMILAR TO THAT ON THE REVERSE OF THIS FORM. ANY PAPER THAT DOES NOT CONTAIN THE REQUIRED PROOF OF SERVICE MAY BE DISREGARDED BY THE COURT OR RETURNED.

I hereby notify the clerk that I am appearing pro se as the __Appellant, Petitioner__ in
(Appellant, Petitioner, Appellee or Respondent)
this case. All notices regarding the case should be sent to me at the address below. If my mailing address changes, I will promptly notify the clerk in writing of my new address.

Further, in accordance with 10th Cir. R. 46.1, I certify: **(Check one.)**

☒ All parties to this litigation, including parties who are now or have been interested in this litigation, are revealed by the caption for this appeal, or

☐ There are parties interested in this litigation that do not appear in the caption for this appeal, and they are listed on the back of this form.

_____
Signature

Name: Chris Havlmark
Mailing Address: 600 S. Harrison St., Apt. #11
City: Olathe  State: KS  Zip Code: 66061

A-5a Pro Se Entry of Appearance Form 10/09

## CERTIFICATE OF SERVICE

I hereby certify that on __11-16-22__ [date] I sent a copy of the Pro Se Entry of Appearance Form to: __Erik S. Houghton__ at __455 North Main, 13th Floor, Wichita, KS 67202__ _____, the last known address/email address, by __U.S. Mail, Postage prepaid__ [state method of service].

__11-16-22__
Date

_[Signature]_
Signature

---

## CERTIFICATE OF INTERESTED PARTIES
(attached additional pages if necessary)

A-5a  Pro Se Entry of Appearance Form 10/09

## CERTIFICATE OF SERVICE

I hereby certify that on ___11-16-22___ [date] I sent a copy of the Pro Se Entry of Appearance Form to: ___Randall K. Rathbun___ at ___Depew, Gillen, Rathbun & McInteer, LC, 8301 E. 21st St., Ste. 4500, Wichita, KS 67206-2936___ the last known address/email address, by ___U.S. Mail, Postage Prepaid___ [state method of service]

___11-16-22___
Date

___[Signature]___
Signature

---

## CERTIFICATE OF INTERESTED PARTIES
(attached additional pages if necessary)

A-5a  Pro Se Entry of Appearance Form 10/09

Chris Havlmack
600 S. Harrison St.
Apt. #11
Olathe, KS 66061



U.S. Court of Appeals
for the 10th Circuit
Attn: Christopher M. Wolpert, Office of Clerk
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257