**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**September 27, 2023**

**Christopher M. Wolpert**
**Clerk of Court**

CHRIS HAULMARK,

    Plaintiff - Appellant,

v.

CITY OF WICHITA; BRANDON
WHIPPLE, in his official capacity as the
Mayor of the City of Wichita,

    Defendants - Appellees.

No. 22-3243
(D.C. No. 6:21-CV-01182-EFM-TJJ)
(D. Kan.)

## ORDER

After appellate briefing was completed in this case, the United States Supreme
Court granted certiorari on questions presented in two cases that could have significant
impact on the issues before this court. *Garnier v. O'Connor-Ratcliff*, 41 F.4th 1158
(9th Cir. 2022), *cert. granted*, 143 S. Ct. 1779 (U.S. Apr. 24, 2023) (No. 22-324); and
*Lindke v. Freed*, 37 F.4th 1199 (6th Cir. 2022), *cert. granted*, 143 S. Ct. 1780 (U.S. Apr.
24, 2023) (No. 22-611). At the court's direction, this appeal is therefore abated pending
further order of this court. The parties are directed to give the court written notice within
ten days of the Supreme Court's decision in, or disposition of, the aforementioned cases.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk