UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

July 22, 2024

Ms. Skyler O'Hara
United States District Court for the District of Kansas
Office of the Clerk
401 North Market Street
U.S. Courthouse
Room 204
Wichita, KS 67202-0000

**RE:**   22-3243, Haulmark v. City of Wichita, et al
Dist/Ag docket: 6:21-CV-01182-EFM-TJJ

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's June 28, 2024 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   Chris Haulmark
     Erik Houghton
     Randall K. Rathbun

CMW/mlb