UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

January 18, 2023

Mr. Erik Houghton
City of Wichita, Kansas
Law Department
455 North Main Street, 13th Floor
Wichita, KS 67202-1635

Mr. Randall K. Rathbun
Depew Gillen Rathbun & McInteer
8301 East 21st Street North, Suite 450
Wichita, KS 67206-2936

**RE:**     **22-3243, Haulmark v. City of Wichita, et al**
Dist/Ag docket: 6:21-CV-01182-EFM-TJJ

Dear Counsel:

Appellees brief is deficient because:

There are no copies of pertinent written findings, conclusions, opinions or orders, nor transcripts of oral findings, conclusions, opinions or orders attached to the brief. *See* 10th Cir. R. 28.2(A) and 10th Cir. R. 30.1(F). The order(s) appealed and the lower court judgment must be submitted as attachments to the brief. In matters seeking review of a BIA decision, the transcript of the immigration judge's oral ruling and the written rulings of the Immigration Judge and the Board of Immigration Appeals must be attached. In addition, pursuant to 10th Cir. R. 28.2(C)(5), all attachments to briefs must be included and identified in the Table of Contents. As such, you will also need to update the Table of Contents with the attachments listed therein. Stating "Attachment 1" is not sufficient; the attachment must be clearly identified (i.e., "Attachment 1: District Court Judgment Filed mm/dd/yyyy").

There is no list of prior or related appeals, with appropriate citations, nor is there an express statement that there are no prior or related appeals. *See* 10th Cir. R. 28.2(C)(3).

You must file a corrected brief. Do not file paper copies of your brief until the court has received your corrected brief and has issued notice it is compliant.

The corrected brief must have an updated certificate of service (if required; *see* 10th Cir. R. 25.4).

The time to file a reply brief will run from the date of service of appellee's corrected brief.

If you fail to correct the stated deficiencies within three days of the date of this letter, the deficient brief will not be filed. In addition, the appellee will not be heard at oral argument unless the court grants permission. See Fed. R. App. P. 31(c).

Please contact this office if you have questions.

                                      Sincerely,

                                      Christopher M. Wolpert
                                      Clerk of Court

cc:      Chris Haulmark

CMW/mlb